**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
Meredith Kaplan Stoma, Esq., (026051991)
One Riverfront Plaza
Suite 800
Newark, N.J. 07102
Tel: (973) 577-6260
Fax: (973) 577-6261
meredith.stoma@lewisbrisbois.co
LBBS File No.: 48120-33
Attorneys for Defendant Shore Media & Marketing, Ltd Co.

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>SHORE MEDIA & MARKETING LTD LIABILITY CO d/b/a SHORE NEWS NETWORK,<br><br>Defendant. | Case No. 3:23-cv-00319<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated and agreed by the undersigned, counsel to all parties herein, that the above-captioned action by and is hereby discontinued with prejudice and without costs to any party, and that this Stipulation may be filed with the Clerk of the court without further notice.

**COPYCAT LEGAL**                         **LEWIS BRISBOIS BISGAARD & SMITH, LLP**

/s/ Jonathan O'Boyle, Esq.                /s/ Meredith Kaplan Stoma
Jonathan O'Boyle, ESQ.                    MEREDITH KAPLAN STOMA, ESQ.
Counsel for Plaintiff                     Counsel for Defendant, Shore Media & Marketing, Ltd. Co.

Dated: April 21, 2023                     Dated: April 25, 2023

**So Ordered this 5th day of May, 2023.**

_____
**Honorable Michael A. Shipp,**
**U.S.D.J.**

93791530.1